In the Matter of CARA H., and Others, Children Alleged to be Abused or Neglected. HOWARD L. L., Appellant; ONONDAGA COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent. [642 NYS2d 827] —Order unanimously affirmed without costs. Memorandum: The record supports Family Court's determination that respondent sexually abused his stepdaughter. That determination supports the court's further determination that respondent neglected his other children (*see, Matter of Anita U.,* 185 AD2d 378, 380-381; *Matter of Lynelle W.,* 177 AD2d 1008; *Matter of Christina Maria C.,* 89 AD2d 855). (Appeal from Order of Onondaga County Family Court, Hedges, J.— Child Abuse.) Present—Lawton, J. P., Wesley, Callahan, Balio and Davis, JJ.